IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                          Nos.    14-CR-1666 KG
                                                          21-CR-407 KG

MICHAEL PAUL ASTORGA,

        Defendant.

### AMENDED ORDER

        This matter comes before the Court on Mr. Astorga's hand-written letter of November 12, 2024, requesting the transcripts from his trial, sentencing and motion to suppress [hearing]. Mr. Astorga represents to the Court that he has made his request to his appellate attorney, but has been refused because of the cost of printing. Mr. Astorga references the Criminal Justice Act and "Mayer v. Chicago 404 U.S. 189" [sic] to assert his right to the transcripts.

        The Court notes Mr. Astorga has been appointed counsel throughout his underlying criminal and appellate proceedings and remains in the custody of the Bureau of Prisons. This Court's staff relayed the request to appellate counsel, Anthony Noble, whose email response includes, "To answer the question, I will need a court order compelling me to reveal confidential and/or privileged information about communications with a former client." When again contacted by the Court, Mr. Noble acknowledges possessing the transcripts in digital format but explains Colorado rules prohibit the disclosure. Upon further inquiry, Mr. Noble does

not sufficiently explain how providing his former client the transcript drifts from Colorado rules but agrees that an order from this Court will be sufficient.

As a result, the Court hereby orders Mr. Noble, or a paralegal to complete some of the work if that would cheapen the cost,,to print and mail a copy of the requested redacted and/or unsealed transcripts to Mr. Astorga, presently incarcerated at Federal Correction Institution Atwater 1 Federal Way Atwater, CA 95301 inmate # 79353-051.  Mr. Noble may request reimbursement for his or a paralegal's time, as well as the costs associated with printing and mailing the copies to Mr. Astorga using the Court's eVoucher system.

IT IS SO ORDERED.

_____
CHIEF UNITED STATES DISTRICT JUDGE